UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD NORTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA ROSA POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.  14-cv-04352-JST<br><br>**SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Joint Case Management Statement | 5/13/15 |
| Case Management Conference | 5/27/15 |
| Fact discovery cut-off | 7/17/15 |
| Expert disclosures | 8/7/15 |
| Expert rebuttal | 8/28/15 |
| Expert discovery cut-off | 9/11/15 |
| Deadline to file dispositive motions | 10/2/15 |
| Pretrial conference statement due | 12/16/15 |
| Pretrial conference | 1/8/16 at 2:00 p.m. |
| Trial | 1/26/16 at 8:30 a.m. |

1   Counsel may not modify these dates without leave of court.  The parties shall comply with
2   the Court's standing orders, which are available at cand.uscourts.gov/jstorders.
3   The parties must take all necessary steps to conduct discovery, compel discovery, hire
4   counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
5   manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their
6   calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.
7   Trial dates set by this Court should be regarded as firm.  Requests for continuance are
8   disfavored.  The Court will not consider any event subsequently scheduled by a party, party-
9   controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant
10  a continuance.  The Court will not consider the pendency of settlement discussions as good cause
11  to grant a continuance.
12  IT IS SO ORDERED.
13  Dated: February 4, 2015

JON S. TIGAR
United States District Judge