UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD NORTON,<br><br>         Plaintiff,<br><br>     v.<br><br>SANTA ROSA POLICE DEPARTMENT, et al.,<br><br>         Defendants. | Case No.  14-cv-04352-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE, REQUIRING FURTHER MEET AND CONFER, AND REQUIRING COMPLIANCE WITH PRIOR COURT ORDER RE ADR** |

This case is set for a Case Management Conference on May 27, 2015.  In preparation for that hearing, the parties have once again filed separate Case Management Statements.  ECF Nos. 32, 33.  The parties' failure, or inability, to meet and confer sufficiently regarding the preparation of a Joint Case Management Statement has already been the subject of one prior order of this Court.  ECF No. 20.  In the present case, it appears that counsel for Defendants did not begin the meet and confer process until a few hours before the statement was due; Plaintiff's counsel appears never even to have attempted to meet and confer.  Henceforth, unless the Court orders otherwise on a showing of good cause, whenever a document is required to be filed jointly in this case, counsel will proceed as follows:  (1) counsel for Plaintiff will provide a draft of the document to counsel for the Defendants at least <u>five court days</u> before the filing deadline; (2) counsel for Defendants will provide comments, corrections, and amendments at least <u>three court days</u> before the filing deadline; and (3) the parties will have a telephonic conference regarding the final form of the document at least <u>one court day</u> prior to the filing deadline.

The Court further notes that the parties appear not be in compliance with the Court's order of September 26, 2014, ECF No. 4, which required the parties to file "either [a] Stipulation to ADR Process or [a] Notice of Need for ADR Phone Conference" by December 2, 2014.

1  Statements of intent to address ADR in the future, contained in separate case management
2  statements, are not a substitute for compliance with the parties' court-ordered ADR obligations.
3  The parties are ordered to comply with the foregoing requirement by May 27, 2015.
4      The Case Management Conference scheduled for May 27, 2015 is continued to June 24,
5  2015.  An updated Joint Case Management Conference Statement is not required.
6  **IT IS SO ORDERED.**
7  Dated:  May 21, 2015

                                JON S. TIGAR
                         United States District Judge