Stanley Goff, Bar No. 289564
Law Offices of Stanley Goff
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff Bernard Norton Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD NORTON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SANTA ROSA;<br><br>and DEFENDANT OFFICER DOES 1-50<br><br>    Defendants. | Case No.: 3:14-cv-4352 JST<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

**IT IS HEREBY STIPULATED** by and between Plaintiff's attorney of record and the Defendants' attorney of record, that the parties are amenable to continue the case management conference from June 24, 2015 to the soonest available case management conference date after the week of June 29, 2015.

\ \ \

\ \ \

\ \ \

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

**IT IS SO STIPULATED.**

Dated: 6/23/2015

                                                **Law Office of Stanley Goff**

                                           By:          /S/
                                                     Stanley Goff, Esq.

                                           OFFICE OF THE CITY ATTORNEY

                                             /s/ *John J. Fritsch*

Dated: 6/23/2015                          By:
                                           John J. Fritsch/ Assistant City Attorney
                                           Santa Rosa City Attorney's Office
                                           Attorney for Defendant

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that a continuance of the case management conference be granted.  The initial case management is continued to July 8, 2015 at 2:00 p.m.

Dated: June 23, 2015

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*

**IT IS SO ORDERED AS MODIFIED**
/s/ Judge Jon S. Tigar

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE