1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR RIOJAS,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br>et al.,<br><br>    Defendants. | Case No. 15-cv-03592-JST<br><br>**SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline for Defendants to produce Administrative Records | 3/9/2016 |
| Deadline to add parties or amend the pleadings | 3/30/2016 |
| Deadline to file cross-motions for summary judgment | 4/20/2016 |
| Opposition briefs due | 6/1/2016 |
| Reply briefs due | 6/15/2016 |
| Hearing on cross-motions for summary judgment | 6/30/2016 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely

1   manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their

2   calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

3        Trial dates set by this Court should be regarded as firm.  Requests for continuance are

4   disfavored.  The Court will not consider any event subsequently scheduled by a party, party-

5   controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant

6   a continuance.  The Court will not consider the pendency of settlement discussions as good cause

7   to grant a continuance.

8        IT IS SO ORDERED.

9   Dated: February 24, 2016

10

11                                              _____
                                                    JON S. TIGAR
12                                              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California