UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD NORTON,<br>    Plaintiff,<br>  v.<br>SANTA ROSA POLICE DEPARTMENT, et al.,<br>    Defendants. | Case No. 14-cv-04352-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 82 |

The parties have filed a stipulation of dismissal dated May 6, 2016. ECF No. 82. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: May 12, 2016

_____
JON S. TIGAR
United States District Judge